1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY TRAVER,

        Petitioner,               No. CIV S-07-0820 GEB KJM P

   vs.

K. MENDOZA-POWERS, Warden,

        Respondent.       <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By an order filed May 14, 2007, petitioner was ordered to file an application to proceed in forma pauperis or pay the required filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  Petitioner has not responded to the court's order and has not filed an application to proceed in forma pauperis or paid the filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED:  September 5, 2007.

4   _____
    U.S. MAGISTRATE JUDGE

5

6   trav0820.fff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26